GE-00194

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| L&S RENTAL SUPPLY LLC,<br><br>*Plaintiff,*<br><br>-against-<br><br>HARCO NATIONAL INSURANCE COMPANY,<br><br>*Defendants.* | Civil Action No.:<br>1:26-cv-3353<br><br><br>**RULE 7 DISCLOSURE** |

Plaintiff L&S RENTAL SUPPLY LLC (hereinafter referred to as "L&S" or "Plaintiff"), is a New York domestic limited liability company. Its members are Anthony Locasto and Nastassia Locasto, both of whom are citizens and residents of the State of New York.

Dated: New York, New York
        June 4, 2026

**GOLDBERG, MILLER & RUBIN, P.C.**

By:    *James M Haddad*

James M. Haddad
*Attorneys for Plaintiff*
*L&S RENTAL SUPPLY LLC*
1501 Broadway, Suite 715
New York, New York 10036
NYC Office: (646) 503-5791
Direct: (646) 437-7466
JHaddad@gmrlawfirm.com

*Mail Center Address:*
121 South Broad Street Ste 1600
Philadelphia PA 19107