

**CHIESA SHAHINIAN & GIANTOMASI PC**

11 Times Square, 34th Floor, New York, NY 10036

**csglaw.com**

ADAM P. FRIEDMAN
afriedman@csglaw.com

O 973.530.2029                                    F 973.530.2229

July 9, 2026

***Via ECF***

Brenna B. Mahoney
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:  <u>L&S Rental Supply LLC v. Harco National Insurance Co.</u>
       Case No.: 26-cv-3353 (RML)

Dear Clerk Mahoney:

  We will be representing the defendant, Harco National Insurance Company, in this action.

  Pursuant to Administrative Order No. 2025-14 governing the Direct Assignment Program, please be advised that Harco intends to file a motion to dismiss the Second, Third, Fourth, and Fifth Causes of Action alleged in the Complaint pursuant to Rule 12(b).

  Please assign a District Judge to this matter.

       Respectfully,

       */s Adam P. Friedman*

cc:  James M. Haddad, Esq.
   (via ECF and e-mail)

NEW JERSEY  NEW YORK