GOLDBERG, MILLER & RUBIN
www.gmrlawfirm.com

James M. Haddad

**Please send all mail to the following address:**
**121 S. Broad Street, Suite 1600**
**Philadelphia, PA 19107**

July 28, 2026

**VIA E-FILING ON PACER ONLY**
Honorable Ramon E. Reyes, Jr., USDJ
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: E2 North
Chambers Phone: (718) 613-2120
Chambers Email: Reyes Chambers@nyed.uscourts.gov
Courtroom Deputy Miriam Vertus: (718) 613-2123

Re: Request for adjournment or virtual appearance for Pre-motion Conference
1:26-cv-03353-RER-RML *L&S Rental Supply LLC v. Harco National Insurance Company*
GMR File : GE-00194

Honorable Judge Reyes:

The undersigned represents Plaintiff L&S Rental Supply LLC ("Plaintiff") in this matter, writing with the consent of the adversary. The rescheduling of an important family responsibility has created a conflict for the undersigned with respect to the pre-motion conference scheduled for August 11, 2026. We will be out of the country. We write with the consent of our adversary respectfully to request that the conference be adjourned to August 18, 2026, or August 25, 2026, or, in the alternative, for leave that the appearance of Plaintiff's counsel be by telephone or Teams on August 11, 2026, with a colleague of the firm also present in person in the courtroom sufficiently versed in the issues to be discussed. To our recollection, there have been no prior requests for adjournment of this conference.

We pray the Court's indulgence in this matter and await the Court's order with respect to this request. We thank the Court for its attention to these matters.

Respectfully,

James M Haddad

James M. Haddad
jhaddad@gmrlawfirm.com
Direct: (646) 437-7466
Office: (215) 735-3994 (ext. 6997)
Cell: (631) 455-0559

cc: L&S