**INITIAL CONFERENCE QUESTIONNAIRE**

**CASE NAME: ___________________________________DOCKET NO.:**

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by: plaintiff(s)_____ and defendant(s)

3. Maximum number of requests for admission by: plaintiff(s)____ and defendant(s)

4. Number of depositions by plaintiff(s) of parties _____ non-parties

5. Number of depositions by defendant(s) of: parties _____ non-parties

6. Time limits for depositions:

7. Date for completion of factual discovery:

8. Number of expert witnesses of plaintiff(s): ____ medical ____ non-medical

   Date for expert report(s):

9. Number of expert witnesses of defendant(s): ____ medical ____ non-medical

   Date for expert report(s):

10. Date for completion of expert discovery:

11. Time for amendment of the pleadings by plaintiff(s) ________________or by defendant(s)

12. Number of proposed additional parties to be joined by plaintiff(s)___ and by defendant(s) and time for completion of joinder:

13. Types of contemplated dispositive motions: plaintiff(s): ___________defendant(s):

14. Dates for filing contemplated dispositive motions: plaintiff(s): defendant(s): ____________

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.)
Yes ___ No

17. This case should be ordered to arbitration at the close of discovery __________ (yes/no)

18. This case should be ordered to mediation (now or at a later date) _______(yes/no)
(Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

* The fillable consent form AO 85 may be found at http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.