UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

L&S RENTAL SUPPLY LLC,

*Plaintiff,*

-against-

HARCO NATIONAL INSURANCE COMPANY and
IAT INSURANCE GROUP, INC.,

*Defendant.*

------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Index No.: 1:26-cv-03353

**PLEASE TAKE NOTICE THAT** Jennifer Rankin, Esquire of Goldberg, Miller & Rubin, P.C. is appearing as counsel for Plaintiff, L&S Rental Supply LLC.

Dated: New York, New York
September 30, 2026

GOLDBERG, MILLER & RUBIN, P.C.

By: /s/ Jennifer Rankin

JENNIFER RANKIN, ESQUIRE
*Attorneys for Plaintiff*
1501 Broadway, Suite 715
New York, NY 10036
(646) 863-1531
jrankin@gmrlawfirm.com

Index No. 1:26-cv-03353
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

L&S RENTAL SUPPLY LLC,

*Plaintiff,*

-against-

HARCO NATIONAL INSURANCE COMPANY and
IAT INSURANCE GROUP, INC.,

*Defendant.*

**NOTICE OF APPEARANCE**

Signature (Rule 130-1.1-a)

/s/ Jennifer Rankin
JENNIFER RANKIN, ESQUIRE

GOLDBERG, MILLER & RUBIN, P.C.
*Attorneys for Plaintiff*
1501 Broadway, Suite 715
New York, NY 10036
(646) 863-1531