# INITIAL CONFERENCE QUESTIONNAIRE

**CASE NAME:** L&S Rental Supply, LLC v. Harco National Insurance Company

**Docket No.: 1:26-cv-03353**

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: **October 19, 2026**

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:

   Plaintiffs: **NONE** Defendants: **NONE**

3. Maximum number of requests for admission by: Plaintiffs: **20** Defendants: **20**

4. Number of depositions by plaintiff of parties: **2** and non-parties: **2**

5. Number of depositions by defendants of parties: **2** and non-parties: **2**

6. Time limits for depositions: **7 Hours per witness**

7. Date for completion of factual discovery: **April 30, 2027**

8. Number of expert witnesses of plaintiff: **1 Insurance Expert**

   Date for expert report: **June 15, 2027**

9. Number of expert witnesses of defendants: **None currently anticipated**

   Date for expert report: **Defendants to identify any affirmative experts by December 30, 2026**

   **Defendant responsive report, if any, due by July 30, 2026.**

10. Date for completion of expert discovery: **August 31, 2027**

11. Time for amendment of the pleadings by plaintiff: **December 30, 2026**

    By Defendants: **December 30, 2026**

12. Number of proposed additional parties to be joined by plaintiff: **0**

    By Defendants: **0**

13. Types of contemplated dispositive motions:

    Plaintiff: **Motion for Summary Judgment**

Defendant: **Motion for Summary Judgment**

14. Dates for filing contemplated dispositive motions:

    **Parties to each draft and exchange affirmative motions for summary judgment within 60 days of close of discovery. Parties to respectively respond to exchanged motions for summary judgment within 45 days. Parties to then provide affirmative reply brief within 20 days. Once completely briefed, parties to make joint filing of motions.**

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.): **NO**

17. This case should be ordered to arbitration at the close of discovery: **NO**

18. This case should be ordered to mediation (now or at a later date): **YES**

    (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)